CHARLES L. ZABRISKIE ET AL., EXECUTORS OF THE LAST WILL AND TESTAMENT OF CHARLES FRED-ERIC ZABRISKIE, DECEASED, APPELLANTS, v. EDWARD I. EDWARDS, COMPTROLLER OF THE TREASURY OF THE STATE OF NEW JERSEY, RESPONDENT.

Argued March 13, 1917—Decided June 18, 1917.

On appeal from the Supreme Court.

For the appellants, *Lum, Tamblyn & Colyer*.

For the respondent, *John W. Wescott*, attorney-general.

PER· CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* of this court in Maxwell et al., Executors, &c., *v.* Edwards, Comptroller, &c., et al., No. 108 of the present term of this court.

*For affirmance*—THE CHANCELLOR, GARRISON, TRENCHARD, BERGEN, MINTURN, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER, JJ. 11.

*For reversal*—None.